

# Fourth Court of Appeals
## San Antonio, Texas

August 12, 2016

No. 04-16-00463-CR

**IN RE** Robert **MARTINEZ**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:     Sandee Bryan Marion, Chief Justice
             Marialyn Barnard, Justice
             Jason Pulliam, Justice

On July 26, 2016, Relator filed a petition for writ of mandamus, contending the trial court has not ruled on motions he has filed with the trial court. This court is of the opinion that a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). **The respondent and the real parties in interest may file a response to the petition in this court no later than August 29, 2016.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

It is so **ORDERED** on August 12, 2016.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2013CR6698, styled *State of Texas v. Robert Martinez*, pending in the 186th Judicial District Court, Bexar County, Texas, the Honorable Jefferson Moore presiding.